472 A.2d 238

Commonwealth v. Plowden, Appellant.

Submitted November 8, 1983. John A.

Halley, for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Order affirmed.